Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

OCT 16 2024

U.S. DISTRICT COURT WVND
CLARKSBURG, WV 26301

MarK Lous FLINT II

_____

_Your full name_

v. U.S.P Hazelton
Captin Frish/WARDEN STARR
SHU LT.Martin E) co.W.Guthrie
Co (3)unknown Staff) Co.E.young
NURSE.C.Chipolinski Co.F.Tang
Co.C.Green 2 more unknown staff

_Enter above the full name of defendant(s) in this action_

**FEDERAL CIVIL RIGHTS
COMPLAINT
(_BIVENS_ ACTION)**

Civil Action No.: 3:24-CV-138
_(To be assigned by the Clerk of Court)_

Groh ,Trumble , Sims

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

_In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided._

   A.    Name of Plaintiff: MarK Lous FLINT II    Inmate No.: 639-45-060
   Address: united STATES Penitentary HAZELto, P.O.Box 2000
   Bruccton, MILLS WEST.VA 26525

_In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided._

---

**Attachment A**

B.  Name of Defendant: SHU Lt. E. Marten
Position: SHU LT
Place of Employment: F.B.O.P United States penitentiary HAZELton
Address: united States penitentary Hazelton, P.O.Box 2000
Bruceton, Mills West. VA 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?  ☑ Yes  ☐ No

If your answer is "YES," briefly explain: He Is the SHU Lt, I was placed
In Chains on His Allegation I threatened Staff. He has to due A restraints check
Every two Hours For my safety. He choose to Beat me Every time he
Came In My cell along with other co's. I think the practice is to Bring a camera But he never
HAd One.

B.1  Name of Defendant: CO. Guthrie
Position: Correctional officer
Place of Employment: FBOP. United States penitentary Hazelton
Address: united STATES penitentary Hazelton P.O. Box 2000
Bruceton, MILLS WEST VA 26525

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?  ☑ Yes  ☐ No

If your answer is "YES," briefly explain: Hes A SHU Staff That was
was working and he was there for At Least the first 2 or 3 restraint
Checks. When the Beatings were the worst He Kept punching me In my face
saying "misconduct that misconduct that" verbatim. I had previously filed
a Harrasment complaint, that the S.I.A. Said He had Evidence of His staff misconduct on
video

B.2  Name of Defendant: C Green
Position: Correctional officer
Place of Employment: FBOP. united STATES Penitentary HAZELton
Address: united STATES Penitentary Hazelton P O Box 2000
Bruceton MILLS West, VA 26525
Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?  ☑ Yes  ☐ No

Attachment A

If your answer is "YES," briefly explain: C.O. C Green WAS SHU officer #4 Working SHU He was slaping me while CO E young was Kicking & Banging my Head against the wall, he was working in his official Capasicy

B.3    Name of Defendant: CO. E. Young
Position: Correctional officer In SHU 2 threw 10 pm.
Place of Employment: Federal Bureau of Prisons USP HAZELton
Address: United States penitentary HAZELton P.O. Box 2000 Bruceton MILLS WEST VA 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: CO E. Young Had the shield When He Approached me & pushed me to the WALL he places His Hand on my Head & Kept slaming my head Against the WALL While CO Green & Lt E. Martin were Stapping & punching Me.

B.4    Name of Defendant: Nurse Chipalinsky
Position: Nurse
Place of Employment: Federal Bureau of Prisons HAZELton USP
Address: PO Box 2000 United States Penitentary HAZELton Bruceton, MILLS WEST, VA 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: hE IS onE of the nurses that WERE In the Cell doing restraint Checks & WAS there while this Inmate WAS being Assulted. AS A nurse He failed to AID this Inmate (1) He did not Document the Assult (2) He witnessed It & thats As bad As participating when your specific Job under the Law Intintes you Insure the sAfley of Inmatus.

**Attachment A**

B.5   Name of Defendant: Unknow #1 Staff
       Position: Correctional officer In SHU (He never wears HS Nametag)
       Place of Employment: F.B.O.P.   USP HAzelton
       Address: United States penitentary HAzelton P.O.BOX 2000
       Bruceton MILLS WEST VA.

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     ☑ Yes        ☐ No

       If your answer is "YES," briefly explain: He WAS punching 3 Kicking me
       In the Lower ereas Stomach, my OnE Leg, He works He SHU
       He never Wears His nAmE tag so I can not IDEntify Him by name
       I Know what His Discription IS ? I can point him out In a
       line up, He AlwAys Calling me niggr While He was Assaltig me.

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: United States penitantary HazelLton

   A.   Is this where the events concerning your complaint took place?
        ☑ Yes        ☐ No

        If you answered "NO," where did the events occur?

        _____

   B.   Is there a prisoner grievance procedure in the institution
        where the events occurred?     ☑ Yes        ☐ No

   C.   Did you file a grievance concerning the facts relating to this complaint in the
        prisoner grievance procedure?
        ☑ Yes        ☐ No

   D.   If your answer is "NO," explain why not: I filed A sinsitive Directly to
        the Regional Director Oct 1st 2024 than the 8th of Oct 2024 At 8.pm the Staff
        Rused Avsited my Cell Demanding the pen. We are Not Allowed to Have pens In SHU
        Here Contraband. WE are supposed tobe Allowed to USE them In the lAw library But the
        SHU Staff NEVER take Inmate's they feel may be trying to Exhaust Remidies to the Law library.
   E.   If your answer is "YES," identify the administrative grievance procedure
        number(s) in which the claims raised in this complaint were addressed

Page 1 of 3

Attachment to Attachment (A) Page (8)(9)(10) of Bivens 10-9-2024

At USP Hazelton

ON - 9-30-2024 LT E Martin 3 Correctional Staff Pulled this Disabled Inmate out of the cell under false allegations that this Inmate threatened a staff member. LT E. Martin 3 other staff continued to Beat this Inmate while working under color of the FBOP/LAW US Government. Lt E Martin FAbAfied documents when He Stated HE 3 Staff members Gave this Inmate the opportunity to submit to Hand restraints.

Backround: I. Inmate Mark Louis Fleet was placed In the SHU on August 26th 2024 Around 11 Am, for contraband band drugs spicfcally 8MG f.lm of SUBOXEN. the Staff Started threatening me about distroying my Apporved Brand New Buck 3 White Jordans 3 missfeeding me. Its all on camera from Dinner on august 2 16-2024 they were giving me 2 slices of Bread for Breakfast lunch 3 Dinner, for 5 days I f.led a complint Against CO W Guthrie for misconduct 3 Staff Harrasmint). I recieved 30 days DS to A resltted resvalt.

COMplaint ASSvalt 3 Battery By LT martin, CO E Young CO C.Green 3 unknow off.cers working SHU that DAy. NUrSE C Chipalinski. Captin Frask who IS the Amediente Supervisor Of SHU LT E Martin 3 Warden STARR WHO's CArg I WAS In at the time of the Assault. WHEN the LT E Martin Stated His Staff Asked me sEveral times to submitt to Hand restraints. There are cameras on the tier. The Staff were doing cell rotation for Security reasons. If the Camera Footage IS reviewed. It will show the CO going to Everyones cell 3 opening the Box attached to the Food slot or Hand cuff slot). the office than places the hand cuffs In the Box 3 offers the Inmate the chance to be hand cuffed. The CAmera Will Show the Lt 3 Staff NEVER opened my Box period 3 therefore NEVER Asked me or my celly to submitt to restraints. As Stated In the Lt E Martins Incedent Report. I was drinking a cup of coffe when He aproched

Page 2 of 3

Attachment to Attachment A page (8)(9)(10) of Bivens. 10-9-2024

ALL the Lt said was put the cup down I took a drink and said what this, he said he was teaming me. 3 walked off. me 3 my celly one sitting in the cell wondering how he is planning to team me when we havn't done nothing. I found out that if a staff said you threatened then they can use a extraction team. If its that easy for a SHU Lt to pull me out a cell and Repeatedly Assualt me Im scared for my life in Hazelton SHU at the USP. once the Lt E. Martin pulled me 3 my celly out the room, He 3 CO W. Guthrie, 3 unknow CO's kept beating me during restraint checks During thee shift then the next shift under Lt. E Martin countianed beating me up until I believe the last restraint check Lt E Martin did. the Next Lt Levine came in for restraint check I told Him the Lt Been beating me the whole day he said, I don't do that shiz. 3 he said you no we got a code so I won't talk about it But I don't do that. He did 3 restraint checks 3 let me out the 3rd restraint check. ALL CO NAMED 3 a few I couldn't name Beat me During the restraint checks I was supposed to be relesed from the SHU oct 2nd. on sept 30th I was purposly pulled out of my cell Beat 3 violated I Believe to get left in the SHU my counsler mesentier came to my cell to Do my VDC Hearing I told Him the Staff Beat me 3 I was supposed to Get out the SHU oct 2nd 2024 he said "(WHO told you that you were getting out the SHU)" I said the Papers 3 the Unit manager He laughed 3 Gave me the Impression that the Whole Assualt was pre meditated 3 the CO that was standing outside my Door when the Lt First said he was going to run a team said to me, you aint never been beat up, his one that was punching me I don't know his name but I could point him out If I seen his picture.

Page 3 of 3

Attachment to B page (18)                                    10-8-2024

I have requested from my unit team today 10-9-2024 for all
My account Statments for the past 6 months, I have only
had- 400# Since being At HAZELTON.

STATEMENT Attachment (A) II (B)(C)(D)(E) Greviance 3 Responsed

At USP HAZELTON AS A Inmate A pen IS contraband In
the SHU, we are only Allowed to USE A pen If we are In the LAW Library,
the SHU Staff control WHO goes In the LAW Library. or ARE unit team
IS supposed to pull us Inmates out the cell 3 let us use (pen INK) to file
ARE Remidies. The SHU Staff NEVER pull Inmates for Law Library that may
try to Remidy A bad situation, But furthemore they RARLey EVER pull A Inmate
for Law Library. they due this inorder to stop us from filing Grevances. A unit
unit team member Has never pulled A Inmate out to file. Only reason A unit team
member will pull out a Inmate IS If His Attorney schedools a Phone conference.
Its Impossible to get a pen unless your lucky enough to pay 40# 50#
for one threw the Correctional (ordorly, orderlies) 4 to five Full FLAT Books
of Stamps 3 EVEN then Its Limited to Like (1) INK pen per Range the cos
on October 6th 2024 at 8 pm Seen I wrote a letter In pen 3 Busted down
my door with a Lt I gave up the pen, this Guy NEXT Door Had one for
4 flat Book 14# Apiece I Bought It IM trying to file all I can before
the INK pen IS confescated. the COs throw are MAN AWay tilde are
Mailing stamps thats why I need to file this right NOW because my
memory doesnt LAst forever 3 I NEED to file while the ASSAULT IS
freash In my Brain. I ASK this court to be understanding Im
not the smartest Guy In America but I nor no man deserves what the staff
Did to me If I get A real chance to explain I believe the
th truth will Contridict the Lie the Staff ARE telling And the Camera
Dont Lie

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 when a Inmate files a sinsitive he can skip 2 Levels of the

LEVEL 2 Grevance process, I Believe Staff Assvalt to Be sineitive.

LEVEL 3 I filed sineitive 3 or tort Injury Its Assvalt } battery on SHU staff Im Housed In SHU I havent Recieved the Response back yet I Explained In my Attachment

## IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          □ Yes        ☑ No

B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.   Parties to this previous lawsuit:

Plaintiff(s):____N/A_____

Defendant(s):____N/A_____

2.   Court:_____N/A_____
  (If federal court, name the district; if state court, name the county)

3.   Case Number:____N/A_____

4.   Basic Claim Made/Issues Raised: ____N/A_____

_____

_____

_____

5.   Name of Judge(s) to whom case was assigned:____N/A____
_____

6.   Disposition:____N/A_____
  (For example, was the case dismissed? Appealed? Pending?)

7.   Approximate date of filing  lawsuit:____N/A_____

Attachment A

8.    Approximate date of disposition. Attach Copies: *N/A*

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☐ Yes        ☐ No    *N/A*

D.    If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.    *N/A*

_____

_____

_____

_____

E.    Did you exhaust available administrative remedies?
☐ Yes        ☐ No    *N/A*

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.    *N/A*

_____

_____

_____

_____

_____

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:    *N/A*
    *NONE*

Attachment A

Plaintiff(s): _____ *N/A* _____

Defendant(s): _____ *N/A* _____

2.    Name and location of court and case number:

_____ *NONE* _____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted *N/A*

4.    Approximate date of filing lawsuit: *N/A* _____

5.    Approximate date of disposition: _____ *N/A* _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: On 9-30-2024 Lt Martin Circumvented policies to pull me out of my cell put me In restraints 3 Repeatedly Beat A Disabled Inmate, Specifically Lt E Martin Kept punching me In the Face During restraint checks While me Stuns he also Punched me In the Stomach 3 pushed his fist through my stomach 3 told the officer to tighten the chains as tight as possible around my stomach

Supporting Facts: There Is or should Be camera footage of the first Beating Ino for sure one Front SHU Cameras got that. In order to Be Able to USE a Extraction team LT E-Martin statement was used Sworn statement He said He offered me a chance to submit to Hand restraint). the Camera will not support His sworn statement. on He day In Question the Lt 3 SHU Staff were doing Cell Rotations (Every cell moves over one cell we all Have Boxes attached to are Food/Hand Cuff

**Attachment A**

Slot. The camera is going to show the SHU staff going to every door on my Range. the co opens the Box places the Handcuffs in the Box & asked the Inmate to submit to Hand restraints. they did that at every cell & when they got to my cell the camera will show that they never offered me the chance to submitt to restraints & that LT E Martin Lied to Purlosly & maliciously assualt this Inmate while the unknow staff stated you never Been beat up before.

CLAIM 2: CO W Guthrie was under Investigation when he Assaulted this disabled Inmate. By SIA of the facility (special Investigation AGENT) CO W Guthrie was the First to start the Assualt on camera in the Front observation cell I Dont Believe Lt E. Martin Started participation until they got me off of camera, CO Guthrie kept punching me In the Face stating misconduct that, misconduct that. He assualted me everytime he came In for restraint CHECK

Supporting Facts: the cameras in SHU the camera the staff Had during the restraint Check, the SIA AGENT Can verify the Harrasment allegation & whatever Evidence he may have collected Should be In His report. All the officers Standing outside Cell 115 Range 1 at 10:15 were particpating the Camera & policies Is my supporting fact along with the LAW.

CLAIM 3: CO Green He slapped me repeatedly when he came In the cell the only thing that changed was the staff stoped using the NIGGER word. Martin was Still Slapping & punching me & CO Dyer young was Still Banging my Head against the wall while making me stand on one leg against the wall AS I Am missing my Left Leg –

Supporting Facts: Camera footage During the Restraint check, my sworn statement & attachment the violation of my right to Be Free of staff Abuse & my Right to medical the staff members are not Allowed to Assualt Inmates unless assualted First & the staff Is fighting As a reaction. I NEVER fought the staff they Had No Reson to Assualt me.

CLAIM 4: CO E young I Remeber He Had the Shield Standing Behind me Slaming my Head against the wall & he kept doing It while Lt E. Martin was Slapping me I kept Asking why they were Beating me I Remember Lt martin Making talking Motions with his Hands

Supporting Facts: Every Inmate on Range (1) In SHU At HAZELton & camera will confrom what what said & done serveral Inmates

**Attachment A**

Wrote the warden about what they Heard some-one even wrote my JUDGE J.P. Bailey a letter out of wheeling wrA 7 I wrote Brendan Leary A letter Stating what they witnessed My Attorney out of wheeling

CLAIM 5: NURSE C Chipalinske. He witnessed the Assualt He new the Chains were to tight I have Scars on my Stomach Right Now He IS charged with Keeping Inmates Safe from Abuse ? every officer IS under sanction to report Abuse IF It happens In there presents He failed me As A Federal worker working In his capacity- the Fact that the Staff Did It In front of Him means he was Apart of It He didnt Document It

Supporting Facts: the NURSE WAS In the rooms when I was Assaulted the CAmras Should Have It on CAmera

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I am already a Disabled person as I have one leg- my face 3 Head had knots My Knee IS Still Hurting In a way Ive never filt I am been denied Medical I have Attempted to Complain about this. IM Scared to trust any CO working to Handcuff me 3 take me anywhere outside the cell the CO will not let me go to the Law Library to File All the Correct Remidies

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I would Like this court to Force this Institute to let me in the Law bibrary to File the proper Grievances or Except this complaint on Its Face. that these people will not Let me File 3 A pen IS contrabant In SHU I would Like a order of Protection for my safety against the Deffendents so I am SAfe from retaliation I would Like moneytary Damages I would Like to have a Jury 3 explane what these people did to me 3 let them decide After Im able to vividly Explane What I went threw. I would Like the Deffendents Held acountable for there Actions. I would Like the JUDGE to consider Having Sanction that the F.B.O.P. HAve to Bring a Camera In the cell during all restraint Checks. I would ASk this Court to wAve the Grievance Proceedure, Because I had to pay 50¢ for this Pen 3 Its considered Contraband IN the SHU for ALL F.B.O.P.S ? the facility will NOT TAke Inmates to the Law Library Barley Ever. I have been on Range(1) for 2 months 1 Person has gotten to go to the Law Library In 2 months. MAKIng It Impossible to File

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _HAZELton U.S.P_____ on __10-9-2024_____.
               (Location)                        (Date)


_____
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

MArk Louis FLgnT II

_____

_Your full name_

v. United States Penitentary HAZELton
CApt.n Frisk / WArden STARR
Lt E. MArtin / Co W. Guthrie
(3) Unknown LO Staff, Co E. young Nurse
C. Chipalinski CO L Green
2 More unknown staff

_Enter above the full name of defendant(s) in this action_

Civil Action No.: 3:24-cv-138

Groh, Trumble, Sims

### Certificate of Service

I, MArk Louis FLgnT _____ (your name here), appearing _pro se_, hereby certify

that I have served the foregoing ____ BivENS Action Federal Civil Rights complt (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on _10-9-2024_ (insert date here): On 10.9-2024 I served the wArden at
USP HAZElton Directly During the SHU walk threw to give or serve the fAcility Lawyer 3 the people stated
In the Claim Lt E. MArtin Co W. Guthrie. Co Green. NUrse Chipalinski. Co E Young 3 (3) Unknown correctional officers

(List name and address of counsel for defendant(s))
I have Attached A copy Handwritten of the complint seqved to the Deffendents
Including wArden StAff
ATTorney? Served warden STARR USP HAzelton_____
PO Box 2000 Bruceton Mills WEST VA 26525
this was served Person to Person under my sworn oath 3 under the
Penalty of Penjury   MM Flt

_(sign your name)_